AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>JASON E. FORD<br>*Defendant* | )<br>)<br>) Case No.<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __08/13/2015__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant violated __21__ U.S.C. § __846 / 841a__, an offense described as follows:

From August 2015 to November 2016, FORD did conspire with others, to possess with the intent to distribute 500 grams or more of Cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. Sections 846 and 841(a).

This criminal complaint is based on these facts:
(See attached)

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Burns, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/06/2020

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*



## PROBABLE CAUSE AFFIDAVIT

I, **Jason Burns**, being duly sworn, depose and state that:

I have been a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives since September 2005. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator School and a graduate of the ATF National Academy; and as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to Narcotics and Firearms violations.

1. On or about June 10, 2016, ATF S/A Jason R. Burns received information from an ATF Confidential Informant (CI) that Jason E. FORD was trafficking in Cocaine powder. Jason Eugene FORD is further described as a Black Male, 6'0", 190 lbs, Black Hair, Brown Eyes, DOB: 10/26/1976, FBI #: 792743WA4. The CI stated that FORD was trafficking in large amounts of Cocaine, and charges $1,200.00 per ounce.

2. On or about this dame date, S/A Burns conducted a records check in OHLEG, which revealed that FORD has an Ohio Driver's License #: RV594884. A criminal history check revealed that FORD had multiple felony arrests, including Drug Trafficking, Assault, DV, Battery, RSP, and Drug Abuse. FORD had the following convictions:

    - Franklin County Case #: 96-CR-3262, Trafficking in Drugs (F-3);
    - Ross County Case #: 05-CR-183, Felony Possession of Drugs;
    - Franklin County Municipal Court, 2005, Menacing (M-4);
    - Franklin County Municipal Court, 2007, Domestic Violence (M-4); and
    - U.S. District Court, Southern Ohio, 2009, Conspiracy to Distribute Cocaine (FBI).

3. During the course of the investigation, S/A Burns was contacted by Detectives from the Columbus Division of Police (CPD) in regards to a narcotics search warrant done at 2527 Peekskill Dr., Columbus, OH involving FORD and Raven MATTHEWS, FORD's known girlfriend.

4. On or about August 13, 2015, CPD Officers observed a Ford Taurus, Ohio Tag: GLQ-3568, parked in front of 2527 Peekskill Drive with three (3) individuals in the vehicle. Officers observed one occupant, later identified as FORD, exit the back seat of the vehicle and enter the home of 2527 Peekskill Drive. Officers observed FORD return to the vehicle and then return to the home multiple times, and believed the activity to be suspicious and consistent with narcotics trafficking. Officers made contact with Driver Seth A. BANGE and Passenger Earnest J. MOORE III and noticed the fresh smell of marijuana. MOORE removed a baggie of marijuana from the cup holder and handed it out to the officers. Officers attempted to approach FORD who exited from the car, FORD advised he was not talking to the officers and entered the residence. Officers removed BANGE and MOORE, and searched the remainder of the driver and passenger compartments of the vehicle. Officers recovered approx. 28 grams of Cocaine and approx. 17 grams of Heroin under the front passenger seat. FORD exited the residence and approached the officers, asking what was going on. Officers secured FORD as well. Officers made contact with the resident of the home, Raven MATTHEWS. MATTHEWS responded to the scene and officers advised MATTHEWS that officers believed FORD was in possession of narcotics and that he had entered the home and placed narcotics inside the residence. MATTHEWS agreed to allow officers to search her home for any possible contraband, signing a Consent to Search without a Warrant. Officers asked MATTHEWS about any firearms in the residence, and MATTHEWS told officers she had two (2)

1

firearms and directed the officers where they were located. Officers observed a brown plastic bag on the basement floor, behind a table leaning against a wall. Officers looked in the bag and discovered a suspected kilogram of cocaine and fresh packaging material. At this point, officers stopped their search until a search warrant could be obtained. Officers contacted CPD Detective R. Vass who secured a search warrant for the home and its contents.

5. On this same date, CPD Officers recovered approx. 687 grams of Cocaine, an electronic scale with Cocaine residue, and plastic bags and packaging material with Cocaine residue, which was confirmed by the Columbus Police Crime Laboratory. Packaging material was tested for latent prints, with a plastic cover having a positive result, and one (1) latent print was recovered. The latent impression recovered from the plastic cover was identified as an impression of the right thumb of FORD.

6. On this same date, CPD Officers searched a rental car, bearing Ohio Tag: GLQ-3876, parked in the driveway of 2527 Peekskill Dr. Officers recovered a large amount of U.S Currency and a rental agreement for the vehicle. FORD was the listed customer of the agreement with a pickup date of 7/31/2015 and a return date of 8/7/2015. U.S. Currency in the amount of $29,327.62 was forfeited in Franklin County Civil Case #: 15-CV-8897. This cash was recovered from FORD's rental car.

7. On or about July 18, 2016, S/A Burns met with the CI in regards to the purchase of Cocaine from FORD. The CI met with FORD at 1485 Sunbury Rd., Columbus, OH, and purchased a detectable amount of Cocaine (approx. 27.75 grams) from FORD with recorded Government funds. The transaction occurred in a white Chevy Malibu driven by FORD. This transaction was audio and video recorded.

8. On or about August 26, 2016, S/A Burns met with the CI in regards to the purchase of Cocaine from FORD. The CI met with FORD at 1536 N. Cassady Ave., Columbus, OH, and purchased a detectable amount Cocaine (approx. 27.69 grams) from FORD with recorded Government funds. The transaction occurred at the CI's vehicle. FORD was observed driving a gray Saturn registered to Sherri M. Matthews, a relative of Raven MATTHEWS. This transaction was audio and video recorded.

9. On or about September 6, 2016, S/A Burns met with the CI in regards to the purchase of Cocaine from FORD. Surveillance units observed FORD's gray Saturn parked at 6015 Pinemoor St., Columbus, OH, the known residence of FORD and Raven MATTHEWS. Officers observed FORD leave the residence. The CI met with FORD at 5800 Cleveland Ave., Columbus, OH, and purchased a detectable amount Cocaine (approx. 27.83 grams) from FORD with recorded Government funds. The transaction occurred inside the CI's vehicle. This transaction was audio and video recorded.

10. On or about October 18, 2016, S/A Burns met with the CI in regards to the purchase of Cocaine from FORD. The CI met with FORD at 1536 N. Cassady Ave., Columbus, OH, and purchased a detectable amount Cocaine (approx. 55.71 grams) from FORD with recorded Government funds. The transaction occurred at the CI's vehicle. This transaction was audio and video recorded.

11. On or about November 9, 2016, ATF Agents, ATF Task Force Officers (TFO's), and CPD Narcotics Officers executed a Federal search warrant at 6015 Pinemoor Street, Columbus, Ohio, the residence of FORD and Raven MATTHEWS. At approx. 6:40 AM, Agents and Officers observed FORD and two (2) school-aged children enter the gray Saturn and leave the residence with FORD as the driver. Marked CPD cruisers conducted a traffic stop on the Saturn, ATF TFO B. Boesch informed FORD that a search warrant was going to be conducted on his residence, and FORD was secured in a CPD Cruiser. Officers

2

arranged transportation for the school-aged children to get to school. During the course of searching the residence, Agents and Officers recovered the following items:

- U.S. Currency in the amount of $2,843.00 in the Basement;
- Miscellaneous Documents (Jason FORD) in the Basement;
- One (1) Digital Scale in the Basement;
- Miscellaneous Documents (Jason FORD and Raven MATTHEWS) in the Kitchen;
- Approx. 2 grams of suspected Marijuana in the Master Bedroom Closet;
- Miscellaneous Documents (Jason FORD and Raven MATTHEWS) in the Master Bedroom; and
- One (1) I-Phone recovered from the driver's seat in the Saturn (Jason FORD).

12. Based on your affiant's knowledge, training and experience as an ATF Special Agent in dealing with drug conspiracies and possession of controlled substances, your affiant believes there is probable cause to believe that between the dates of August 13, 2015 to November 2016, Jason E. FORD did conspire with others to possess with the intent to distribute 500 grams or more of Cocaine (approx. 826 grams) in violation of Title 21 U.S.C. Sections 841(a) and 846.

Jason R. Burns
Special Agent, ATF

Sworn to and subscribed before me this 6th day of July 2020 in Columbus, Ohio.

Elizabeth A. Preston Deavers
U.S. Magistrate Judge

3